**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TEXARKANA DIVISION**

| | | |
|---|---|---|
| **MICHAEL LUIKART, EMMALIE LUIKART,** | § | |
| | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO.  5:19-CV-00025-JRG** |
| | § | |
| **OCEAN CANYON PROPERTIES, INC.,** | § | |
| | § | |
| **Defendant.** | § | |

## ORDER

Before the Court is the parties' Joint Stipulation of Dismissal Pursuant to Rule 41(a)(1)(A)(ii). (Dkt. No. 31.) In light of the same, the Court finds that all claims against all parties in the above-captioned case have been **DISMISSED WITH PREJUDICE**. The Court shall retain jurisdiction over this action for 120 days from the issuance of this Order for the purpose of enforcing any of the terms and conditions of the parties' settlement agreement.

All other pending requests for relief not expressly addressed herein are **DENIED**. The Clerk is directed to **CLOSE** the above-captioned case.

**So Ordered this**

**Jan 22, 2020**

RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE